**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00079-LTB

UNITED STATES OF AMERICA,
	Plaintiff,

v.

6.	OLEG BALABANOV,
	Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

	The Motion to Waive Defendant Balabanov's Presence at Status Hearing (Doc 176 - filed December 8, 2005) is **GRANTED**.  Defendant Balabanov's appearance is waived for the status hearing set December 15, 2005.

Dated:  December 12, 2005