**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00079-LTB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

6.    OLEG BALABANOV,
        Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion for Stand-in Counsel (Doc 179 - filed December 13, 2005) is **GRANTED**.  Michael W. Meyrick is permitted to stand-in for counsel Joseph Saint-Veltri at the hearing scheduled for 8:00 a.m. on December 15, 2005.

Dated:  December 14, 2005