# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| COX | Balabanov, Oleg | | 051216  175 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:05-000079-06B | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Makey | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 371.F -- CONSPIRACY TO DEFRAUD THE UNITED STATES

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**
EICHNER, KENNETH
1776 Lincoln Street
Suite ~~#1010~~ #1320
DENVER CO 80203

Telephone Number: (303) 837-9800

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
☒ O  Appointing Counsel           ☐ C  Co-Counsel
☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
09/09/2005
Date of Order            Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | .3 | | | | |
| | c. Motion Hearings | .2 | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | .5 | 45.00 | | | 45.00 |
| 16. | a. Interviews and Conferences | 4.1 | | | | |
| Out of Court | b. Obtaining and reviewing records | 80.0 | | | | |
| | c. Legal research and brief writing | 13.9 | | | | |
| | d. Travel time | 1.6 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | 34.3 | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | 133.9 | 12051.00 | | | 12,051.00 |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | — | | | — |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | — | | | — |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 12096.00 | | | 12,096.00 |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM Sept. 9, 2005 TO Nov. 2, 2005 | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION 11-3-05 | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**  ☒ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☒ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: Kenneth F. Eichner     Date: 11-16-05

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 45.00 | 12,051.00 | — | — | 12,096.00 nR |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE 12/9/05 | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| 45.00 | 12,051.00 | — | — | 12,096.00 |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE 12/15/05 | 34a. JUDGE CODE -023 |
|---|---|---|

RECEIVED NOV 17 2005

## CJA 20 Worksheet - Attorney Time

Attorney: **Kenneth F. Eichner**   Bill Dates: **9/13/2005** to **11/2/2005**
Case No: **05-CR-79-LTB**   Defendant: **Oleg Balabonov**
Judge: **Babock**

Interim Payment Number ___   Final Interim Payment ___   Final W/O Interims  x

| Date | 15 a | 15 b | 15 c | 15 d | 15 e | 15 f | 15 g | 15 h | 16 a | 16 b | 16 c | 16 d | 16 e | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2005 | | | | | | | | | | | | 0.40 | | Travel to USDC |
| 9/13/2005 | | | | | | | | | 0.20 | | | | | Speak w/client and his family |
| 9/13/2005 | | | | | | | | | 0.10 | | | | | Speak w/Pre-Trial Services |
| 9/13/2005 | | | | | | | | | 0.10 | | | | | Speak w/ AUSA |
| 9/13/2005 | | | | | | | | | 0.20 | | | | | Speak w/client |
| 9/13/2005 | | 0.30 | | | | | | | | | | | | Detention hearing |
| 9/13/2005 | | | | | | | | | | | | 0.40 | | Travel back to office |
| 9/14/2205 | | | | | | | | | | 2.30 | | | | Begin reviewing discovery |
| 9/14/2005 | | | | | | | | | 1.20 | | | | | Client conference |
| 9/14/2005 | | | | | | | | | | | 0.90 | | | Draft 2 motions |
| 9/15/2005 | | | | | | | | | | 7.20 | | | | Review discovery re: US Postal inspection investigation |
| 9/16/2005 | | | | | | | | | | 5.10 | | | | Continue reviewing discovery |
| 9/17/2005 | | | | | | | | | | | | | 3.70 | Discovery review re: insurance investigation |
| 9/19/2005 | | | | | | | | | 0.10 | | | | | Client conference |
| 9/19/2005 | | | | | | | | | | 6.20 | | | | Continue reviewing discovery re: witness statementes |
| 9/20/2005 | | | | | | | | | | 3.90 | | | | Continue discovery review |
| 9/21/2005 | | | | | | | | | 0.20 | | | | | Client conference |
| 9/21/2005 | | | | | | | | | | 4.70 | | | | Discovery review |
| 9/22/2005 | | | | | | | | | | | 5.50 | | | Accident reconstruction research |

Services

## CJA 20 Worksheet - Attorney Time

| Attorney: | Kenneth F. Eichner | | Bill Dates: | 9/13/2005 | to | 11/2/2005 | | |
|---|---|---|---|---|---|---|---|---|
| Case No: | 05-CR-79-LTB | | Defendant: | Oleg Balabonov | | | | |
| Judge: | Babock | | | | | | | |
| Interim Payment Number | | | Final Interim Payment | | | Final W/O Interims | | x |

| Date | 15 a | 15 b | 15 c | 15 d | 15 e | 15 f | 15 g | 15 h | 16 a | 16 b | 16 c | 16 d | 16 e | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2005 | | | | | | | | | | | 4.90 | | | Continue research on accident reconstruction |
| 9/27/2005 | | | | | | | | | 0.10 | | | | | Conference w/client |
| 9/27/2005 | | | | | | | | | 0.10 | | | | | Conference w/AUSA |
| 9/27/2005 | | | | | | | | | | 3.70 | | | | Continue discovery review |
| 9/28/2005 | | | | | | | | | | | 0.20 | | | Prepare for hearing |
| 9/28/2005 | | | | | | | | | | | | 0.40 | | Travel to USDC |
| 9/28/2005 | | | | | | | | | 0.30 | | | | | Conference w/client |
| 9/28/2005 | | | 0.20 | | | | | | | | | | | Complexity motions hearing |
| 9/28/2005 | | | | | | | | | 0.20 | | | | | Client conference |
| 9/28/2005 | | | | | | | | | 0.20 | | | | | Conference w/AUSA |
| 9/28/2005 | | | | | | | | | | | | 0.40 | | Travel back to office |
| 9/28/2005 | | | | | | | | | | | 0.30 | | | Draft motion |
| 9/28/2005 | | | | | | | | | 0.10 | | | | | Call to Pre-Trial Services |
| 9/28/2005 | | | | | | | | | | | | | 0.20 | File maintenance |
| 9/28/2005 | | | | | | | | | | 2.60 | | | | Review discovery |
| 9/28/2005 | | | | | | | | | 0.20 | | | | | Conference w/AUSA and Pre-Trial Services |
| | | | | | | | | | | | | | | Faxing motions to US Attorney's Office & |
| 9/28/2005 | | | | | | | | | | | | | 0.40 | Pre-Trial Services |
| 9/28/2005 | | | | | | | | | | | 0.20 | | | Client conference |
| | | | | | | | | | | | | | | Discovery review re: Aurora Police |
| 9/28/2005 | | | | | | | | | | | 1.70 | | | Reports and American Family Insurance Services |

Page 2

# CJA 20 Worksheet - Attorney Time

| Attorney: | Kenneth F. Eichner | Bill Dates: | 9/13/2005 | to | 11/2/2005 |
|---|---|---|---|---|---|
| Case No: | 05-CR-79-LTB | Defendant: | Oleg Balabonov | | |
| Judge: | Babock | | | | |
| Interim Payment Number | | Final Interim Payment | | Final W/O Interims | x |

| Date | 15 a | 15 b | 15 c | 15 d | 15 e | 15 f | 15 g | 15 h | 16 a | 16 b | 16 c | 16 d | 16 e | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2005 | | | | | | | | | | | | | 5.40 | Notes for cross-examination of witnesses: Patterson, Saxton, Tilton, Pizzelli, Reyes, and Dzikanyan |
| 10/1/2005 | | | | | | | | | | | | | 3.90 | Continue notes for cross of other witnesses |
| 10/3/2005 | | | | | | | | | 0.50 | | | | | Client conference |
| | | | | | | | | | | | | | | Discover review re: Farmer's Insurance investigation; forensic investigator/engineers |
| 10/3/2005 | | | | | | | | | | 4.30 | | | | Research re: accident reconstruction/ forensic analysis of accident |
| 10/4/2005 | | | | | | | | | | | | | 6.70 | Review discovery re: Sergey Tozlian |
| 10/5/2005 | | | | | | | | | | 3.20 | | | | Begin reviewing discovery re: chiropractic records |
| 10/6/2005 | | | | | | | | | | 2.30 | | | | Continue review of medical records |
| 10/7/2005 | | | | | | | | | | 4.10 | | | | Investigation re: vehicles used/404(b) evidence on other vehicles in similar circumstances |
| 10/10/2005 | | | | | | | | | | | | | 3.20 | |
| 10/11/2005 | | | | | | | | | | | | | 3.70 | Continue 404(b) filing |
| 10/12/2005 | | | | | | | | | | 5.60 | | | | Review discovery related to co-defendant Makey/notes for cross and other prep |
| 10/14/2005 | | | | | | | | | | 1.60 | | | | Review discovery re: Kolde Salvage |
| 10/17/2005 | | | | | | | | | | 1.90 | | | | Continue reviewing records on vehicles |

Services

Page 3

## CJA 20 Worksheet - Attorney Time

| | |
|---|---|
| Attorney: | Kenneth F. Eichner |
| Case No.: | 05-CR-79-LTB |
| Judge: | Babock |
| Interim Payment Number: | |
| Bill Dates: | 9/13/2005 to 11/2/2005 |
| Defendant: | Oleg Balabonov |
| Final Interim Payment | |
| Final W/O Interims | x |

| Date | 15 a | 15 b | 15 c | 15 d | 15 e | 15 f | 15 g | 15 h | 16 a | 16 b | 16 c | 16 d | 16 e | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2005 | | | | | | | | | | 6.10 | | | | Continue reviewing discovery, including desposition of Yelena Litvinenko and other Colorado organized crime and auto theft fraud task force records. |
| 10/19/2005 | | | | | | | | | | 4.80 | | | | Notes for cross of Litivinenko, Ollila and Patterson |
| 10/20/2005 | | | | | | | | | | 2.60 | | | | Begin reviewing ICE and FBI interviews, civil action against Balabanova, Makey, etc. |
| 10/21/2005 | | | | | | | | | | 4.10 | | | | Continue reviewing aforementioned discovery |
| 10/25/2005 | | | | | | | | | | 1.10 | | | | Review National Business Partner records |
| 10/26/2005 | | | | | | | | | | 2.60 | | | | Review information on forged documents, professional investigative engineers, etc. |
| 10/27/2005 | | | | | | | | | | 4.80 | | | | Trial prep/notes re: Reyes, Saxton, and Tanner-404(b) litigation prep |
| 10/28/2005 | | | | | | | | | | 2.30 | | | | Review additional discovery provided by DOJ |
| 10/28/2005 | | | | | | | | | 0.20 | | | | | Draft & file unopposed Motion for Permission to Travel Outside of the State |
| 10/28/2005 | | | | | | | | | | | 0.20 | | | Conference w/client |
| 11/2/2005 | | | | | | | | | 0.10 | | | | | Conference w/client's new counsel Mr. Saint Valtri |

Services

Services

Page 4

CJA 20 Worksheet - Costs

Attorney: Kenneth F. Eichner  Bill Dates: 9/13/2005 to 11/2/2005
Case No: 05-CR-79-LTB  Defendant: Oleg Balabonov
Judge: Babock
Interim Payment Number  Final Interim Payment  Final W/O Interims  x

| Date | 17 Travel | Expense Description | 18 Other Facsimile | 18 Other Long Distance Charges | 18 Other Paralegal | 18 Other Photocopies | 18 Other Postage | 18 Other Expenses |
|------|-----------|---------------------|--------------------|--------------------------------|--------------------|---------------------|------------------|--------------------|

Costs

# CJA 20 - Time and Costs Summary

Attorney: Kenneth F. Eichner  
Case No: 05-CR-79-LTB  
Judge: Babock  
Interim Payment Number: Final Interim Payment  
Bill Dates: 9/13/2005 to 11/2/2005  
Defendant: Oleg Balabonov  
Final W/O Interims x  

| Categories | 5/1/2002 - Current Hours Claimed | 4/1/2001 - 4/30/2002 Hours Claimed |
|---|---|---|
| 15a | 0.00 | 0.00 |
| 15b | 0.30 | 0.00 |
| 15c | 0.20 | 0.00 |
| 15d | 0.00 | 0.00 |
| 15e | 0.00 | 0.00 |
| 15f | 0.00 | 0.00 |
| 15g | 0.00 | 0.00 |
| 15h | 0.00 | 0.00 |
| Total 15a - 15h (Hours) | 0.50 | 0.00 |
| Total In-Court x Rate Per Hour | $45.00 | $0.00 |
| 16a | 4.10 | 0.00 |
| 16b | 80.00 | 0.00 |
| 16c | 13.90 | 0.00 |
| 16d | 1.60 | 0.00 |
| 16e | 34.30 | 0.00 |
| Total 16a - 16e (Hours) | 133.90 | 0.00 |
| Total Out-of-Court x Rate Per Hour | $12,051.00 | $0.00 |

17. Travel Expenses       $0.00

Summary

Page 2

CJA 20 - Time and Costs Summary

Attorney: Kenneth F. Eichner          Bill Dates: 9/13/2005 to 11/2/2005
Case No: 05-CR-79-LTB                 Defendant: Oleg Balabonov
Judge: Babock
Interim Payment Number     Final Interim Payment      Final W/O Interims x

| | |
|---|---|
| 18. Facsimile | $0.00 |
| 18. Long Distance Charges | $0.00 |
| 18. Paralegal | $0.00 |
| 18. Photo Copies | $0.00 |
| 18. Postage | $0.00 |
| 18. Other Expenses | $0.00 |
| 18. Total | $0.00 |

Grand Totals          $12,096.00

Summary

# CJA PANEL ATTORNEY FINAL WORKSHEET
3-21-05

TO: JUDGE _Babcock_   DATE _12-2-05_
CASE NO. _05CR79-6-B_   USA v. _Oleg Balabanov_
FINAL VOUCHER OF _Kenneth Eichner_, Appointed Counsel

- [ ] Felony & Habeas (max $5,200 plus expenses all work completed prior to 12-8-04)
- [x] Felony & Habeas (max $7,000 plus expenses any work done 12-8-04 and after)
- [ ] Misdemeanor/petty (max $1,500 plus expenses all work completed prior to 12-8-04)
- [ ] Misdemeanor/petty (max $2,000 plus expenses any work done 12-8-04 and after)
- [ ] Prob./Supervised Release, Witness (max $1,200 plus expenses all work completed prior to 12-8-04)
- [ ] Prob./Supervised Release, Witness (max $1,500 plus expenses any work done 12-8-04 and after)

In-Court:   _.5_ hrs. @ $90/hr.   _45.00_
Out-Court: _133.9_ hrs. @ $90/hr.   _12,051.00_
Travel Expenses   —
Other Expenses   —

TOTAL   $ _12,096.00_

To Chief Judge of the Circuit for approval?   (YES)   NO

REMARKS: _See attached "Ex Parte Motion for Final Payment" and Court of Appeals memo. Exceeds statutory maximum $5,096.00_

Audited by: _NR._
Nancy Rutledge   (303) 335-2139