IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 05-CR-79-LTB

UNITED STATES OF AMERICA,
        Plaintiff,
v.

6.    OLEG BALABANOV,
8.    VALERY TOZLIYAN,
        Defendants.

_____

**ORDER**
_____

The Joint Motion to Continue the Motions Hearing, set for January 12, 2006, for approximately 30 days, filed by Defendant, Valery Tozliyan, by and through his attorney Harvey Steinberg, and by the United States, by and through Assistant United States Attorney William Taylor, is GRANTED.

A status and scheduling hearing is set for Wednesday February 15, 2006 at 8:00 am, for defendants Valery Tozliyan and Oleg Balabanov. The appearance of the defendants is waived.

**DONE and ORDERED,** this   12th   day of January, 2006 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                                United States District Chief Judge