# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00079-LTB-6

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6. OLEG BALABANOV,

     Defendant.

---

## ORDER

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts 2 through 110 of the Second Superseding Indictment in

the above-captioned case are dismissed.

Date:   December 27, 2006

BY THE COURT:


    s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO